U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| DEMARCO CORTEZ JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. CV505-024 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.: CR503-17) |
| | ) | |
| Respondent. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Johnson, through counsel, asserts that he is entitled to his requested relief pursuant to 28 U.S.C. § 2255, despite what the Eleventh Circuit Court of Appeals has stated in Varela v. United States, 400 F.3d 864 (11th Cir. 2005). Johnson contends that, under FED. R. CRIM. P. 52(b), a "plain error" occurred during the prosecution of his case which "did not become apparent until appeal." (Doc. No. 47, p. 2.) Johnson alleges that "it is enough that the Blakely and Booker error is 'plain' at the time of this appeal." (Id.) Johnson's counsel recognizes that ten (10) circuit courts have decided this issue adversely to his client's position.

Johnson's Objections are without merit. Johnson's motion for re-sentencing, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

SO ORDERED, this 13th day of January, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA